FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOS & BOZ LLC, an Oregon limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>FISHER CONSTRUCTION GROUP INC., a Washington corporation,<br><br>        Defendant. | No. 2:20-CV-00431-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 4. Plaintiff states that he is voluntarily dismissing the action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 16th day of February 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**